UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| KENNTH LANIER,<br><br>         Plaintiff,<br>   v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | No. 1:12-cv-3134-JPH<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

DATED:  January 8, 2014

                              SEAN McAVOY
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk